THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR01-0291-JCC |
|---|---|
| Plaintiff, | CR01-0311-JCC |
| | CR07-0046-JCC |
| v. | ORDER |
| KENNETH McDONALD, | |
| Defendant. | |

The Court, being familiar with the records and files herein, and having considered the stipulated motion of the parties, (*see* CR01-0291-JCC, Dkt. No. 41; CR01-0311-JCC, Dkt. No. 32; CR07-0046-JCC, Dkt. No. 43), hereby GRANTS the motions and ORDERS that **supervised release under cause numbers CR01-0291-JCC, CR01-0311-JCC, and CR07-0046-JCC is TERMINATED.** Going forward, Defendant shall be supervised under only one cause number, CR07-0317-JCC.

DATED this 6th day of July, 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

*U.S. v. McDONALD* - 1
CR01-0291-JCC, CR01-0311-JCC, CR07-0046-JCC